**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS GATELEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:24-cv-117** |
| **v.** | ) | |
| | ) | |
| **DANNEY HARMON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM ORDER

Plaintiff Dennis Gateley, an inmate at the State Correctional Institution in Albion ("SCI-Albion"), initiated this *pro se* Section 1983 lawsuit[1] in April 2024 against various Defendants, including Correctional Officer Danney Harmon ("Harmon"), who is now the only remaining Defendant in this case. In his Amended Complaint (the operative pleading), Plaintiff alleges that Harmon used excessive force in relation to an incident that occurred on April 5, 2023.

Pending before the Court is Harmon's motion for summary judgment, ECF No. 62, which has been fully briefed and is now ripe for disposition. The matter has been referred to United States Magistrate Judge Kezia O.L. Taylor for a Report and Recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

On August 11, 2026, Judge Taylor issued an R&R in which she recommended that Defendant's motion for summary judgment be denied. Upon a review of the evidence, Judge Taylor concluded that a genuinely disputed issue of material fact exists concerning whether the force that Harmon applied against Plaintiff was excessive or *de minimis.*

[1] *See* 42 U.S.C. §1983.

Defendant's objections to the R&R were due to be filed on or before August 25, 2026. To date, no objections have been filed.

Accordingly, after *de novo* review of the documents in the case, including the Amended Complaint, the Defendant's motion for summary judgment, all filings related thereto, and the Magistrate Judge's Report and Recommendation,

IT IS ORDERED, this 1st day of September, 2026, that the Defendant's motion for summary judgment, ECF No. [62], is DENIED as to Plaintiff's Eighth Amendment claim predicated on the use of excessive force.

IT IS FURTHER ORDERED that the Report and Recommendation issued by U.S. Magistrate Judge Taylor on August 11, 2026, ECF No. [80], is adopted as the opinion of this Court.

A telephonic conference will be scheduled by this Court in due course for the purpose of discussing judicial mediation or, alternatively, establishing a trial date.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge